```
_____ FILED _____ LODGED
           _____ RECEIVED

            Feb 19 2025

       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAYNE DAQUAN FOLK,<br><br>　　　　　Defendant. | No. 3:25-cr-05030<br><br>INFORMATION<br><br>(Misdemeanor) |

The United States Attorney charges that:

### COUNT I

On or about October 25, 2024, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, WAYNE DAQUAN FOLK, did intentionally prevent or attempted to prevent a law enforcement officer from lawfully arresting him.

All in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 9A.76.040.

///
///
///
///

INFORMATION
United States v. WAYNE DAQUAN FOLK
pg. 1

Department of the Army
　　Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69 JBLM, WA 98433-9500
usarmy.jblm.i-corps.list.sja-sausa@army.mil

## COUNT II

On or about October 25, 2024, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, WAYNE DAQUAN FOLK, did willfully fail to stop when requested or signaled to do so by a person reasonably identifiable as a law enforcement officer.

All in violation of 18 U.S.C. §§ 7 and 13 and R.C.W. 46.61.022.

## COUNT III

On or about October 25, 2024, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, WAYNE DAQUAN FOLK, did drive a motor vehicle at a speed greater than was reasonable and prudent under the conditions and having regard to the actual and potential hazards then existing.

All in violation of 18 U.S.C. § 7 and 13, and R.C.W. 46.61.400(1).

DATED this 19 day of February 2025.

TEAL LUTHY MILLER
Acting United States Attorney

*Maxson*

BENJAMIN S. R. MAXSON
Special Assistant United States Attorney

INFORMATION
United States v. WAYNE DAQUAN FOLK
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69 JBLM, WA 98433-9500
usarmy.jblm.i-corps.list.sja-sausa@army.mil